TODD KIM
Assistant Attorney General
STEVEN O'ROURKE
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611 Washington, D.C. 20044
Telephone: 202-514-2779
steve.o'rourke@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIGOR INDUSTRIAL, LLC, et al.,<br><br>Defendants. | CIVIL NO. 22-cv-06101-SK<br><br>**UNOPPOSED MOTION TO VACATE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>**Hearing date:** No hearing requested for unopposed motion. |

The United States moves the Court to vacate and cancel all deadlines set forth in the "Order Setting Initial Case Management Conference and ADR Deadlines," Doc. # 4.

Undersigned counsel hereby certifies that the plaintiff has consulted with counsel for all defendants (listed below), and they consent to, do not oppose, and support this motion.

The parties have already settled this case, subject only to this Court's approval. The plaintiff filed an unopposed motion to enter the Consent Decree on November 23, 2022. Doc. # 6. If the Court grants that motion and signs and enters the proposed Consent Decree, the case will be over and neither ADR nor case management will be needed. Plaintiff posits that – especially given the upcoming holidays -- it would be wasteful and inconvenient to require the parties to meet, confer, and file various papers in a settled case.

MOTION TO VACATE CMC ORDER - 1

Accordingly, please vacate the deadlines in the CMC order, and also sign and enter the proposed consent decree.

                                              Respectfully submitted,

                                              TODD KIM
                                              Assistant Attorney General

                                              <u>/s/ Steven O'Rourke</u>
                                              STEVEN O'ROURKE
                                              Senior Attorney
                                              Environmental Enforcement Section
                                              U.S. Department of Justice
                                              Steve.orourke@usdoj.gov
                                              202-514-2779

OF COUNSEL:
Ericka Hailstocke-Johnson, Attorney-Advisor
Office of General Counsel, Natural Resources Section
National Oceanic & Atmospheric Administration
501 W. Ocean Boulevard, Long Beach, CA 90802

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document and any attachments will be served this date by email as follows:

    David R. Boyajian
    As counsel for Vigor Industrial, LLC
    Schwabe Williamson & Wyatt
    1211 SW Fifth Ave., Suite 1900, Portland OR, 97204
    dboyajian@schwabe.com

    Bill Collier
    As counsel for Amaya Curiel Corporation
    Collier Walsh Nakazawa LLP
    One World Trade Center, Suite 2370, Long Beach, CA 90831
    bill.collier@cwn-law.com

                                              /s/ Steven O'Rourke
                                              STEVEN O'ROURKE

MOTION TO VACATE CMC ORDER - 2